DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**T.I.O. MEDICAL INTERVENTION, LLC** a/a/o **ALFONSO POWELL,**
Appellant,

v.

**SECURITY NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D21-497

[May 19, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel J. Kanner, Judge; L.T. Case Nos. COCE17-009918 and CACE20-017658.

John C. Daly, Matthew C. Barber, and Christina M. Kalin of Daly & Barber, P.A., Plantation, for appellant.

Lauren Faranda and Olga Acosta Farmer of Law Offices of Sanabria & Marsh, Oklahoma City, OK, and Anthony J. Parrino and Jennifer W. Opiola of Reynolds Parrino & Shadwick PA, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***